Catherine V. Holbert, Administrator of Joshua S. Holbert, Deceased, v. Francis E. Herrick, Executor of the Last Will of Edward E. Herrick, Deceased.

*Partnership—Action by one partner against another—Assumpsit—Account render—Equity.*

Argued March 21, 1895.   Appeal, No. 44, Jan T., 1895, by defendant, from judgment of C. P. Bradford Co., May T., 1889, No. 673, on verdict for plaintiff.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM and FELL, JJ.   Reversed.

Assumpsit to recover share of partnership debts paid by plaintiff.

The plaintiff's statement, the facts and the ruling were identical with those in Murray v. Herrick, the next preceding case.

The same error was assigned by the same counsel.

OPINION BY MR. JUSTICE GREEN, October 7, 1895:

This case was tried before the same jury and upon the same testimony as the case of Murray v. Herrick, Exr., ante, p. 21. It was agreed they should be tried together.   In the opinion

just filed in that case we have stated the reasons for reversing the judgment. The same reasons control the present case and require its reversal.

Judgment reversed.